## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
## BALTIMORE DIVISION

| | |
|---|---|
| ROBERTA FAULKNER, | ) |
| | ) |
|     Plaintiff, | ) |
| | )    No. 8:12-cv-03743-DKC |
| v. | ) |
| | ) |
| AMERICAN COLLECTIONS ENTERPRISE, INC. | ) |
| | ) |
|     Defendant. | ) |

### NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, ROBERTA FAULKNER, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

By: /s/ Frederick E. Nix
Fredrick E. Nix
Law Office of Laura Marguiles & Associates, Inc.
6205 Executive Blvd
Rockville, MD 20852
fred@law-margulies.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2013, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

                                                By: /s/ Frederick E. Nix
                                                          Fredrick E. Nix
                                                          Attorney for Plaintiff