# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### BALTIMORE DIVISION

| | | |
|---|---|---|
| ROBERTA FAULKNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 8:12-cv-03743-DKC |
| v. | ) | |
| | ) | |
| AMERICAN COLLECTIONS | ) | |
| ENTERPRISE, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## VOLUNTARY DISMISSAL

ROBERTA FAULKNER (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, without prejudice, AMERICAN COLLECTIONS ENTERPRISE, INC (Defendant), in this case.

RESPECTFULLY SUBMITTED,

By: /s/ Frederick E. Nix
Fredrick E. Nix
Law Office of Laura Marguiles & Associates, Inc.
6205 Executive Blvd
Rockville, MD 20852
fred@law-margulies.com
Attorneys for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 10, 2013, I electronically filed the foregoing Notice of Voluntary

Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was

electronically submitted to all parties by the Court's CM/ECF system.

By: <u>/s/ Frederick E. Nix</u>
        Fredrick E. Nix
        Attorney for Plaintiff

VOLUNTARY DISMISSAL